IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01291-BNB

ALAN SANDMAN,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion to certify the class and for appointment of counsel to represent the class filed on June 3, 2009, is DENIED.

Dated: June 12, 2009

Copies of this Minute Order mailed on June 12, 2009, to the following:

Alan Sandman
Reg. No. 19995-047
FPC – Florence
PO Box 5000
Florence, CO 81226

                                                  Secretary/Deputy Clerk